## JANVRIN *v.* JANVRIN.

*Reference of libel for divorce.*

A libel for divorce may be sent to a referee under the act of 1875.

FROM ROCKINGHAM CIRCUIT COURT.

PETITION, for divorce and alimony, filed April 8, 1874.  At the January term of said court, 1876, it was referred generally by order of court.  At the April term, 1876, the libelee moved to discharge the rule of reference, and that the case be tried by the court.  The court overruled the motion, and ordered the case to be continued and the rule enlarged.  To this order the defendant excepts, because a petition for divorce and alimony cannot be referred generally under the statute.

*Stickney* and *Marston*, for the plaintiff.

*Leavitt* and *Towle*, for the defendant.

LADD, J.  We have held several times within the past year that a libel for divorce might be sent to a referee under the act of 1874.  No distinction in this respect is seen between the act of 1874 and that of 1875.  The defendant's exception must be overruled.

CUSHING, C. J., and SMITH, J., concurred.

*Exceptions overruled.*